NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSEPH M. FERN,**
*Claimant-Appellant,*

**v.**

**ROBERT A. MCDONALD,**
**Secretary of Veterans Affairs,**
*Respondent-Appellee.*

---

2013-7129

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-3253, Chief Judge Bruce E. Kasold.

---

**JUDGMENT**

---

KENNETH M. CARPENTER, Carpenter, Chartered, of Topeka, Kansas, argued for claimant-appellant.

ERIC P. BRUSKIN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were STUART F. DELERY, Assistant Attorney General, ROBERT E. KIRSCHMAN, JR., Director, and MARTIN F. HOCKEY, JR., Assistant Director.

Of counsel on the brief was DAVID J. BARRANS, Deputy Assistant General Counsel, United States Department of Veterans Affairs, of Washington, DC.  Of counsel was JOSHUA MAYER, Attorney.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

    PER CURIAM (MOORE, O'MALLEY, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| October 14, 2014 | /s/  Daniel  E.  O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |